■ ABIGAIL DENECKE, an Infant, by Her Mother and Natural Guardian, GERALDINE DENECKE, et al., Appellants, v JOSEPH A. GIONTA et al., Defendants, and WHITE PLAINS BUS COMPANY, INC., et al., Respondents. [658 NYS2d 1015] —Appeal by the plaintiffs from an order of the Supreme Court, Westchester County (Silverman, J.), entered April 8, 1996.

Ordered that the order is affirmed, with one bill of costs to the respondents appearing separately and filing separate briefs, for reasons stated by Justice Silverman at the Supreme Court. Copertino, J. P., Thompson, Santucci and Friedmann, JJ., concur.